Prob 12(10/09)

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Kristin Potts          Docket No. R4000914

15-mj-157

### Petition on Probation

COMES NOW JUAN PEREDO, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kristin Potts, who was placed on supervision by the Honorable Ivan D. Davis sitting in the Court at Alexandria, Virginia, on the 20th day of December, 2013, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: March 31, 2015 @ 10:00 A.m.

### ORDER OF COURT

Considered and ordered this 13th day of March, 2015 and ordered filed and made a part of the records in the above case.

/s/
Ivan D. Davis
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-12-15

Juan E. Peredo
U.S. Probation Officer
(703) 366-2106

Place Manassas, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: POTTS, Kristin**

OFFENSE: Driving Under the Influence.

SENTENCE: Supervised probation for two (2) years with the following special conditions: 1) the defendant shall participate in and successfully complete an Alcohol Safety Action program or other alcohol treatment program as deemed appropriate by the probation officer; 2) commencing December 20, 2013, and continuing for One Year, the defendant may not operate a motor vehicle anywhere in the United States except a) to and from work, b) during the course of work if required as an incident of employment, c) to and from court, the probation office and the Alcohol Safety Action Program, d) to and from medical appointments with a schedule approved in advance by probation, and to and from school with a schedule approved in advance by probation; and 3) the defendant shall pay a $250.00 fine, $10.00 special assessment fee, and $25.00 processing fee.

MODIFICATION OF CONDITIONS: On July 16, 2014, the conditions of probation were modified to give the defendant more time to pay her financial obligations to the Court. The modification read as follows, "the defendant shall pay the $250.00 fine, $10.00 special assessment fee, and $25.00 processing fee by October 20, 2014." These monies were satisfied on October 24, 2014.

NO ACTION REPORT: On September 22, 2014, a No Action Report was submitted to the Court after the defendant tested positive for a low level of alcohol (.012 BAC) while attending the Alcohol Safety Action Program. Your Honor signed said report on September 24, 2014.

ADJUSTMENT TO SUPERVISION: On February 28, 2014, the defendant's probation was transferred to the U.S. Probation Office for the District of Maryland. The defendant resides with her mother in Poolesville, Maryland, and she is gainfully employed as a bartender at H Street Country Club in the District of Columbia. With regard to the special conditions, the defendant completed the Alcohol Safety Action Program on June 25, 2014. She also received an evaluation for outpatient treatment at the Ethos Foundation on August 12, 2014. Said evaluation revealed that no treatment was necessary at that time. Due to her recent positive drug test for opiates, the defendant has a new assessment scheduled at the Family Health Center on March 17, 2015. The financial obligations to the Court were satisfied on September 24, 2014. It should be noted that Ms. Potts is currently seven months pregnant.

VIOLATIONS: The following violations are submitted for the Court's consideration:

**STANDARD CONDITION #7:** **"THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN."**

As reported by Jessica Whisman, U.S. Probation Officer for the District of Maryland, on February 18, 2015, the defendant submitted a urine specimen which tested positive for opiates. Said test was confirmed positive by Alere Toxicology Services Inc., on February 26, 2015.

Officer Whisman reports that the defendant initially denied the use of any illegal drugs. However, on March 4, 2015, she admitted to using Percocet belonging to a friend. Officer Whisman further discovered that the defendant had been involved in the methadone maintenance program through Montgomery Recovery Services since October 2014. Officer Whisman contacted the defendant's case manager at Montgomery

**Petition on Probation**
**Page 3**
**RE: POTTS, Kristin**

Recovery Services and confirmed that the defendant is currently receiving 85 milligrams of methadone daily. She also discovered that the defendant had tested positive for opiates at Montgomery Recovery Services on the following dates: October 17, 2014, December 2, 2014, January 12, 2015 and February 10, 2015.

JEP/cmf